No. 226. Martínez, Peticionario, v. Rossy, Juez Distrito, San Juan, Sección 2ª., Demandado.—*Certiorari.* Mayo 10, 1918. *Sin lugar.*

---

No. 1859. Vicente, Apelado, v. Alicea, Apelante.—Desahucio. Guayama. Mayo 21, 1918. *Desestimada la apelación.*

---

No. 227. Martínez, Peticionario, v. Crosas, Juez Distrito, Aguadilla, Demandado. — *Certiorari.* Mayo 21, 1918. *Sin lugar.*

---

No. 1248. El Pueblo, Apelado, v. Hernández, Apelante.—Adulteración de leche. Humacao. Mayo 23, 1918. *Confirmada la sentencia apelada.*

---

No. 225. Mestre et al., Peticionarios, v. Foote, Juez Distrito, Mayagüez, Demandado.—*Certiorari.* Mayo 23, 1918. *No ha lugar a la reconsideración solicitada.*

---

No. 1861. Damirón, Apelado, v. American Railroad Company of Porto Rico, Apelante.—Daños y perjuicios. Mayagüez. Mayo 24, 1918. *Desestimada la apelación.*

---

No. 1258. El Pueblo, Apelado, v. Fernández, Apelante.—Delito contra el Poder Ejecutivo. Ponce. Mayo 24, 1918. *Confirmada la sentencia apelada.*